IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| UNION PACIFIC RAILROAD COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-5071-CV-SW-DW |
| ) | |
| LAMAR FEED & GRAIN, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Plaintiff's Notice of Dismissal. (Doc. 27). Pursuant to the Notice, this case is DISMISSED WITHOUT PREJUDICE with each party to pay its own costs. Fed. R. Civ. Proc. 41(a). The Clerk of the Court shall mark this case as closed.

IT IS SO ORDERED.

Date: March 23, 2007                              /s/ DEAN WHIPPLE
                                                  Dean Whipple
                                                  United States District Court